DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAMMERSHAM B. WHITE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0795

[December 31, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena V. Mastrarrigo, Judge; L.T. Case No. 13-000664CF10A.

Dnaiel Eisinger, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach. for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***